ACCEPTED
15-24-00071-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
5/13/2025 11:21 AM
CHRISTOPHER A. PRINE
CLERK



## KEN PAXTON
ATTORNEY GENERAL OF TEXAS

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
5/13/2025 11:21:26 AM
CHRISTOPHER A. PRINE
Clerk

**BRIANNA M. KROMINGA**
Assistant Attorney General
General Litigation Division

PHONE: (214) 290-8884
FAX: (512) 320-0667
EMAIL: Brianna.Krominga@oag.texas.gov

May 13, 2025

*VIA E-file*

Mr. Christopher Pine, Clerk of the Court
15th Court of Appeals
P.O. Box 12852
Austin, Texas 78711

**Re:** Appeal No. 15-24-00071-CV; *Texas A&M University v Erin A Snider, Ph.D.*;
In the Fifteenth Court of Appeals – Austin, Texas.

Dear Mr. Pine,

Please be advised that Attorney Brianna Krominga will present oral argument on behalf of Appellant, Texas A&M University, in the above referenced matter.

Sincerely,

/s/ *Brianna M. Krominga*
**BRIANNA M. KROMINGA**
Assistant Attorney General
General Litigation Division
Attorney-in-Charge for Appellant

bk:km

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Karel Macias on behalf of Brianna Krominga
Bar No. 24103252
karel.macias@oag.texas.gov
Envelope ID: 100762304
Filing Code Description: Letter
Filing Description: Appellant Ltr presenting Oral argument -BK
Status as of 5/13/2025 11:25 AM CST

Associated Case Party: Erin  Snider

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Billy SHart | | billy.hart@westwebblaw.com | 5/13/2025 11:21:26 AM | SENT |
| Jay Rudinger | | jay.rudinger@westwebblaw.com | 5/13/2025 11:21:26 AM | SENT |
| Melissa Koelsch | | melissa.koelsch@westwebb.law | 5/13/2025 11:21:26 AM | SENT |
| William Geist | | cole.geist@westwebblaw.com | 5/13/2025 11:21:26 AM | SENT |
| Gaines West | | gaines.west@westwebb.law | 5/13/2025 11:21:26 AM | SENT |

Associated Case Party: WolfgangP.Hirczy de Mino

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Wolfgang PHirczy de Mino | | wphdmphd@gmail.com | 5/13/2025 11:21:26 AM | SENT |

Associated Case Party: Texas A & M University

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Brianna Krominga | | brianna.krominga@oag.texas.gov | 5/13/2025 11:21:26 AM | SENT |
| karel macias | | karel.macias@oag.texas.gov | 5/13/2025 11:21:26 AM | SENT |